MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

EDWARD R. FLUET (CABN 247203)
Assistant United States Attorney

     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5037
     FAX: (408) 535-5066
     E-mail: edward.fluet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 12-CR-00744 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; [] ORDER |
| v. | ) | |
| | ) | *Revised Case: CR-12-00744 FINAL* |
| ALMA CABRERA, | ) | |
| | ) | |
| Defendant. | ) | |

        Plaintiff United States of America, by and through Special Assistant United States Attorney

Edward R. Fluet, and Defendant ALMA CABRERA ("Ms. Cabrera"), by and through her attorney of

record, Thomas J. Ferrito, hereby stipulate that the sentencing hearing should be continued from March

6 to May 1, 2014, at 10:00 a.m.

        1.      Ms. Cabrera appeared before this Honorable Court on December 12, 2014, and entered

guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472.  The sentencing hearing is currently

scheduled for March 6, 2014, at 10:00 a.m.

        2.      United States Probation Officer Insa Bel'Ochi has contacted the parties to request a

continuance of the sentencing hearing, in order to complete preparation of the Presentence Report.

1        3.        Accordingly, the parties are respectfully requesting that the sentencing hearing be

2  continued to May 1, 2014, at 10:00 a.m.

3

4        IT IS SO STIPULATED.

5

6  DATED: February 25, 2014                                Respectfully submitted,

7                                                          MELINDA HAAG
                                                           United States Attorney
8
                                                           /s/
9                                                          EDWARD R. FLUET
                                                           Special Assistant United States Attorney
10

11

12                                                         /s/
                                                           THOMAS J. FERRITO
13                                                         Attorney for defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division

4   EDWARD R. FLUET (CABN 247203)
    Assistant United States Attorney

5

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

7       Telephone: (408) 535-5037
        FAX: (408) 535-5066

8       E-mail: edward.fluet@usdoj.gov

    Attorneys for United States of America

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

    UNITED STATES OF AMERICA,          )   CASE NO. 12-CR-00744 DLJ
14                                      )
            Plaintiff,                  )   [] ORDER ON STIPULATION
15                                      )   TO CONTINUE STATUS CONFERENCE
        v.                              )
16                                      )
    ALMA CABRERA,                       )
17                                      )
            Defendant.                  )
18   _____)

19          1.      Defendant Alma Cabrera appeared before this Honorable Court on December 12, 2014,

20   and entered guilty pleas to violations of 18 U.S.C. §§ 2, 371, 471, and 472. The sentencing hearing is

21   currently scheduled for March 6, 2014, at 10:00 a.m.

22          2.      United States Probation Officer Insa Bel'Ochi has contacted the parties to request a

23   continuance of the sentencing hearing, in order to complete preparation of the Presentence Report.

24   ///

25   ///

26   ///

27   ///

28
    STIPULATION TO CONTINUE SENTENCING        3
    [] ORDER
    12-CR-00744 DLJ

1          3.          Based on the foregoing, the sentencing hearing shall be continued to May 1, 2014, at

2    10:00 a.m.

3

4          IT IS SO ORDERED.

5

6    Dated: O ctej ""_____, 2014                    _____

7                                                      HON. D. LOWELL JENSEN
                                                       United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SENTENCING          4
[] ORDER
12-CR-00744 DLJ